UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80401-RLR

SUMMER COUNTRYMAN,

Plaintiff,

vs.

GOLDCO, LLC d/b/a BURGER KING,

Defendant.
_______________________________________/

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Plaintiff, SUMMER COUNTRYMAN (hereinafter "Plaintiff"), and Defendant, GOLDCO, LLC d/b/a BURGER KING (hereinafter "Defendant"), by and through their respective undersigned counsel, in accordance with Federal Rule of Civil Procedure 41(a), hereby jointly stipulate and move the Court to dismiss this action with prejudice, and state the following:

1. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. The matter was settled after extensive settlement discussions between the parties via their counsel.

WHEREFORE, Plaintiff and Defendants jointly stipulate and request that the Court enter an Order dismissing this case with prejudice

RESPECFULLY STIPULATED AND SUBMITTED this 5th day of May, 2016.


| | |
|---|---|
| CHRISTOPHER C COPELAND, P.A.<br>824 W. Indiantown Road<br>Jupiter, FL 33458<br>561-691-9048 (office)<br>866-259-0719 (fax)<br>Chris@CopelandPA.com (primary e-mail)<br>Carla@CopelandPA.com (secondary e-mail) | David Buchsbaum, Esq.<br>dbuchsbaum@laborlawyers.com<br>Lisa Ann McGlynn, Esq.<br>lmcglynn@laborlawyers.com<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Blvd., Suite 800<br>Fort Lauderdale, FL 33301 |

| | |
|---|---|
| /s/ Christopher C. Copeland<br>CHRISTOPHER C. COPELAND, ESQ.<br>Florida Bar #938076<br>*Attorney for Plaintiff* | 954-525-4800 (office)<br>954-525-8739 (fax)<br><br>/s/ David Buchsbaum_______________<br>DAVID BUCHSBAUM, ESQ.<br>Florida Bar # 0117961<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will, in turn, send a notice of electronic filing to all parties on the attached service list.

/s/ Christopher C Copeland__________________
CHRISTOPHER C. COPELAND, ESQ.

**SERVICE LIST**
**CASE NO. 9:16-cv-80401-RLR**
**United States District Court, Southern District of Florida**
**SUMMER COUNTRYMAN v. GOLDCO, LLC d/b/a BURGER KING**

Christopher C. Copeland, Esq.
CHRISTOPHER C. COPELAND, P.A.
*Attorney for Plaintiff*
824 W. Indiantown Road
Jupiter, FL 33458
561-691-9048 (office)
866-259-0719 (fax)
Chris@CopelandPA.com (primary e-mail)
Carla@CopelandPA.com (secondary e-mail)

David Buchsbaum, Esq.
dbuchsbaum@laborlawyers.com
Lisa Ann McGlynn, Esq.
lmcglynn@laborlawyers.com

FISHER & PHILLIPS LLP
*Attorney for Defendant*
450 East Las Olas Blvd., Suite 800
Fort Lauderdale, FL 33301
954-525-4800 (office)
954-525-8739 (fax)